IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 97-10709
Conference Calendar

ERIC DESHUN WILLIAMS,

                                        Plaintiff-Appellant,

versus

DALLAS COUNTY DISTRICT ATTORNEY'S OFFICE;
DALLAS COUNTY SHERIFF'S DEPARTMENT,

                                        Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:97-CV-1041-X
- - - - - - - - - -
October 30, 1997
Before POLITZ, Chief Judge, and WIENER and DENNIS, Circuit Judges.

PER CURIAM:[*]

    Eric Deshun Williams (TDCJ #777518) appeals the dismissal as

frivolous of his pro se and in forma pauperis (IFP) civil rights

complaint.  Williams argued in the complaint that his

constitutional rights were violated when he "illegally" was

transferred to TDCJ custody while his direct appeal was still

pending.

_____

    [*]  Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

We have reviewed the record and Williams's brief and find no reversible error relating to Williams's illegal-transfer claim. Accordingly, we AFFIRM for the reasons stated by the magistrate judge and adopted by the district court.  Williams v. Dallas County District Attorney's Office, et al., No. 3-97-CV-1041-X (N.D. Tex., June 17, 1997).  Insofar as Williams's complaint raised any additional issues, Williams has abandoned them by failing to assert them on appeal.  See Brinkmann v. Dallas County Deputy Sheriff Abner, 815 F.2d 744, 748 (5th Cir. 1987).

AFFIRMED.